IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-172-GMS |
| | ) |
| RYMED TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

Please enter the appearance of Richard D. Kirk of Bayard, P.A. as counsel for defendant RyMed Technologies, Inc., in this matter.

April 3, 2008

THE BAYARD FIRM

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue
Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

OF COUNSEL:

Scott Wales, Esquire
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105
415-848-4987

{00817110;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 3, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00817113;v1}