IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON,<br><br>      Plaintiff,<br><br>vs.<br><br>RYMED TECHNOLOGIES, INC.,<br><br>      Defendant. | C. A. No. 08-172-GMS |

**DEFENDANT RYMED TECHNOLOGIES, INC.'S MOTION TO DISMISS
OR IN THE ALTERNATIVE TO TRANSFER**

Defendant RyMed Technologies, Inc. ("RyMed") moves this Court to dismiss Plaintiff Vygon's ("Vygon") patent infringement action. The grounds for this motion are set forth in RyMed's Opening Brief in Support of Motion to Dismiss or in the Alternative To Transfer.

April 17, 2008

OF COUNSEL:

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Scott Wales, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Stephen G. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON,<br><br>        Plaintiff,<br><br>vs.<br><br>RYMED TECHNOLOGIES, INC.,<br><br>        Defendant. | C.A. No. 08-172-GMS |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, the undersigned counsel for Defendant RyMed Technologies, Inc. ("RyMed") certifies that outside counsel for RyMed discussed the matters set forth in RyMed's Motion to Dismiss or in the Alternative To Transfer with outside counsel for Plaintiff Vygon ("Vygon"). The undersigned Delaware counsel contacted Vygon's Delaware counsel by email on April 17, 2008 in an effort to determine whether Vygon will oppose this motion, but Vygon's counsel have not yet responded. Accordingly, the undersigned counsel believes that sufficient efforts to resolve this matter without the need for judicial intervention have been made.

April 17, 2008

OF COUNSEL:

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Scott Wales, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Stephen G. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Defendant
RYMED TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 17, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on April 17, 2008, copies of the foregoing document were sent by hand to the above local counsel and by first class mail to the following non-registered participant:

Maxim H. Waldbaum, Esquire
Schiff Hardin LLP
900 Third Avenue
New York, New York  10022

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00817113;v1}