AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF DELAWARE

VYGON,

      Plaintiff(s),

V.

RYMED TECHNOLOGIES, INC.,

      Defendant(s).

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-172-GMS

TO: (Name and address of defendant)

    RYMED TECHNOLOGIES, INC.
    c/o The Delaware Corporation Agency, Inc.
    222 Delaware Avenue-9th Floor
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Josy W. Ingersoll (#1088)
    John W. Shaw, Esquire (#3362)
    Adam W. Poff, Esquire (#3990)
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the first amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO 4/16/08

CLERK DATE

_Beth Allen_

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 16th, 2008 |
| NAME OF SERVER (*PRINT*) Shane Handlin | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served RYMED TECHNOLOGIES, INC by serving the registered agent, The Delaware Corporation Agency, Inc., at 222 Delaware Ave. 9th Floor Wilmington DE 19801 at 2:50 pm. Person accepting: Dianna Cohill.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/08    *Shane Handlin*
          Date          Signature of Server

          230 N Market St. Wilmington DE 19801
          Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.