IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VYGON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 08-172-GMS |
| | ) | |
| RYMED TECHNOLOGIES, INC., | ) | |
| | ) | |
|       Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Maxim H. Waldbaum, Esquire, Lori D. Greendorfer, Esquire, Henry L. Mann, Esquire and Kelly L. Morron, Esquire of Schiff Hardin LLP to represent plaintiff Vygon in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 22, 2008

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (#1088)
*jingersoll@ycst.com*
John W. Shaw (#3362)
*jshaw@ycst.com*
Adam W. Poff (#3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff*

- 2 -

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of April, 2008, that counsel's motion for admission pro hac vice Maxim H. Waldbaum, Esquire, Lori D. Greendorfer, Esquire, Henry L. Mann, Esquire and Kelly L. Morron, Esquire is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, <u>Maxim H. Waldbaum</u>, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States <u>and Courts as set forth on the attached exhibit</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Maxim H. Waldbaum, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022

Dated: April 1, 2008

## Maxim H. Waldbaum

| Court | Date of Admission |
|---|---|
| State of New York | 1971 |
| United States District Court for the Southern District of New York | 1972 |
| United States District Court for the Eastern District of New York | 1972 |
| United States District Court for the Eastern District of Michigan | 1985 |
| United States Court of Appeals for the Second Circuit | 1972 |
| United States Court of Appeals for the Third Circuit | 1981 |
| Supreme Court of the United States | 1981 |
| United States Court of Appeals for the Federal Circuit | 1982 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, __Lori D. Greendorfer__, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States <u>and Courts as set forth on the attached exhibit</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*
Lori D. Greendorfer, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022

Dated: April 1, 2008

## Lori D. Greendorfer

| Court | Date of Admission |
|---|---|
| State of New Jersey | 1994 |
| State of New York | 1995 |
| United States District Court for the Southern District of New York | 1995 |
| United States District Court for the Eastern District of New York | 1997 |
| United States Court of Appeals for the Second Circuit | 2001 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Henry Lee Mann, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Henry L. Mann, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022

Dated: April 1, 2008

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, *Kelly L. Morron*, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State <u>and Courts as set forth on the attached exhibit</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Kelly L. Morron*
Kelly L. Morron, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022

Dated: April 9, 2008

## Kelly L. Morron

| Court | Date of Admission |
|---|---|
| District of Columbia | 1984 |
| State of New York | 1987 |
| United States Court of Appeals for the Federal Circuit | 1985 |
| United States District Court for the Southern District of New York | 1988 |
| United States District Court for the Eastern District of New York | 1988 |
| United States District Court for the Western District of New York | 1996 |
| United States District Court for the Northern District of New York | 1996 |
| United States Court of Federal Claims | 1985 |

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on April 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

I further certify that on April 22, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Scott Wales, Esquire
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
WalesS@howrey.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
*jingersoll@ycst.com*
John W. Shaw (#3362)
*jshaw@ycst.com*
Adam W. Poff (#3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600