UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON,<br><br>        Plaintiff,<br><br>        v.<br><br>RYMED TECHNOLOGIES, INC.<br><br>        Defendant. | Civil Action No. 08-172-GMS |

**DECLARATION OF CHARLES HOKANSON IN SUPPORT OF
VYGON'S OPPOSITION TO RYMED'S MOTION TO DISMISS OR TRANSFER**

I, Charles Hokanson, declare that

    1.    I am currently the Chief Executive Officer of Vygon Corporation ("Vygon USA"), a Delaware corporation with a principal place of business at 2495 General Armistead Avenue, Norristown, Pennsylvania. I have actual knowledge of the facts set forth herein and, if called as a witness would competently testify thereto.

    2.    Vygon USA is a wholly-owned subsidiary of Vygon, a French corporation with a principal place of business in Ecouen, France.

    3.    Vygon USA in turn, is the direct parent company of several wholly-owned subsidiaries in the United States, including in pertinent part: (i) Vygon US LLC, a Delaware limited liability company that manufactures and distributes medical devices in Norristown, Pennsylvania; (ii) Advanced Medical Systems, Inc., a Pennsylvania corporation based in Horsham, Pennsylvania ("AMS"); and (iii) Churchill Medical Systems Inc., a Pennsylvania corporation based in Horsham, Pennsylvania ("Churchill").

    4.    Vygon USA acquired AMS and Churchill effective as of December 31, 2007.

5.  Churchill manufactures procedure kits, IV sets and accessories, total parenteral nutrition (TPN) bags, and pharmacy admixture products at a manufacturing facility located in Dover, New Hampshire.

6.  In April 2006, RyMed approached Churchill to supply RyMed with catheter extension sets for RyMed's "InVision-Plus® Neutral® Connector System". Since that time, RyMed and Churchill have done business together in Pennsylvania and Dover, where Churchill attaches the catheter extension sets to InVision products for RyMed.

7.  To the best of my knowledge, Vygon, directly or through its subsidiaries, does not sell any significant volume of products related to U.S. Patent No. 5,380,306 in Tennessee.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

_Charles Hokanson_  5/2/08
Name: Charles Hokanson          Date

NY\50322581.3

2

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on May 5, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19899-5130

I further certify that on May 5, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Scott Wales, Esquire
>Howrey LLP
>525 Market Street, Suite 3600
>San Francisco, CA  94105
>WalesS@howrey.com

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>Josy W. Ingersoll (#1088)
>*jingersoll@ycst.com*
>John W. Shaw (#3362)
>*jshaw@ycst.com*
>Adam W. Poff (#3990)
>*apoff@ycst.com*
>Karen E. Keller (#4489)
>*kkeller@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600