IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON,<br><br>    Plaintiff,<br><br>vs.<br><br>RYMED TECHNOLOGIES, INC.,<br><br>    Defendant. | C.A. No. 08-172-GMS |

## DECLARATION OF DANA WILLIAM RYAN IN SUPPORT OF DEFENDANT RYMED TECHNOLOGIES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER

I, Dana William Ryan, declare that

1. The facts set forth below in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to those facts.

2. I am currently the Director and Chairman of the Board of Directors of RyMed Technologies, Inc. ("RyMed"). RyMed Technologies, Inc., founded in 1994, specializes in the development and marketing of innovative safety products in the field of intravenous catheter care management.

3. RyMed created the InVision-Plus® NEUTRAL® I.V. Connector System. The InVision-Plus® NEUTRAL® I.V. Connector System is designed to prevent blood reflux into a catheter lumen when an InVision-Plus® NEUTRAL® product is connected to and disconnected from a syringe and/or I.V. set. This product reduces the possibility of intraluminal thrombotic catheter occlusions, as well as reduces the possibility of intraluminal catheter-related bloodstream infections.

4. RyMed has offered for sale and designed its InVision-Plus® NEUTRAL® I.V. Connector System in Tennessee. RyMed's newest InVision-Plus® NEUTRAL® Connector System product is the InVision-Plus® NEUTRAL® with Modified Boot. RyMed has

1

manufactured and currently offers for sale and sells the InVision-Plus® NEUTRAL® with Modified Boot. It has been shown in marketing literature since June of 2006.

5. RyMed is headquartered in Franklin, Tennessee and has its corporate offices in Tennessee. Sales and marketing personnel for RyMed are located in Tennessee, including the National Sales Manager, the Eastern Division Sales Manager, the National Marketing Manager, and the Territorial Sales Manager for Tennessee. RyMed retains its corporate files and records in its Tennessee offices. RyMed also carries out product development in Tennessee. RyMed has significant sales of the products at issue in the action in Tennessee.

6. RyMed is incorporated in Delaware. RyMed has no facilities or personnel in Delaware. RyMed does not (i) manufacture products in Delaware, (ii) distribute or sell products in Delaware, or (iii) carry out any research or development in Delaware. Nor does RyMed sell its products in Delaware.

7. There are no relevant RyMed files, records, or other documents in Delaware. RyMed does not maintain storage facilities within the State of Delaware. Nor does RyMed maintain business mail drops, bank accounts, or telephone numbers within the State of Delaware.

8. On information and belief, Vygon only recently purchased Churchill Medical Systems, Inc., Dover, NH in about January, 2008.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed in Williamson County, Franklin, Tennessee on May 15, 2008.

_____
Dana Wm. Ryan

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on May 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on May 15, 2008, copies of the foregoing document were sent by hand to the above local counsel and by first class mail to the following non-registered participant:

Maxim H. Waldbaum, Esquire
Lori D. Greendorfer, Esquire
Henry L. Mann, Esquire
Kelly L. Morron, Esquire
Schiff Hardin LLP
900 Third Avenue
New York, New York  10022

           /s/ Richard D. Kirk (rk0922)
           Richard D. Kirk