IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYGON,<br><br>              Plaintiff,<br><br>    v.<br><br>RYMED TECHNOLOGIES, INC.,<br><br>              Defendant. | Civil Action No. 08-172-GMS |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to LR 7.1.4, plaintiff Vygon requests oral argument on defendant Rymed Technologies, Inc.'s Motion to Dismiss or in the Alternative to Transfer (D.I. 7).

Dated: May 16, 2008

                                        YOUNG CONAWAY STARGATT
                                          & TAYLOR, LLP


                                        /s/ *Adam W. Poff*
                                        Josy W. Ingersoll (#1088)
                                        John W. Shaw (#3362)
                                        Adam W. Poff (#3990)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        (302) 571-6600
                                        apoff@ycst.com

OF COUNSEL:
Maxim H. Waldbaum
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
(212) 753-5000                          *Attorneys for Plaintiff Vygon*

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on May 16, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19899-5130

I further certify that on May 16, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Scott Wales, Esquire
> Howrey LLP
> 525 Market Street, Suite 3600
> San Francisco, CA 94105
> WalesS@howrey.com

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ *Adam W. Poff*
> Josy W. Ingersoll (#1088)
> *jingersoll@ycst.com*
> John W. Shaw (#3362)
> *jshaw@ycst.com*
> Adam W. Poff (#3990)
> *apoff@ycst.com*
> Karen E. Keller (#4489)
> *kkeller@ycst.com*
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600